UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES J DAVIS,**

    *Petitioner,*

v.                        **CASE NO. 5:15-cv-00307-MP-EMT**

**JULIE L JONES,**

    *Respondent.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 28, 2016. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 21. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss, ECF No. 15, is **GRANTED**.

3. Petitioner's Amended Habeas Petition, ECF No. 6, is **DISMISSED WITH PREJUDICE** as untimely.

4. A certificate of appealability is **DENIED**.

5. The clerk is directed to close the file.

**SO ORDERED on October 26, 2016.**

      <u>s/Mark E. Walker</u>
      **United States District Judge**